# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| JOSE GARCIA, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:22-cv-22767 |
| v. | ) ) ) |
| TURNER ACCEPTANCE, CORP. and JOHN DOES 1-10, | ) ) ) |
| Defendant. | ) ) |

## JOINT MOTION TO STAY PROCEEDING PENDING ARBITRATION

Plaintiff, Jose Garcia ("Plaintiff"), and Defendant, Turner Acceptance, Corp. ("Turner Acceptance"), agree that Plaintiff's claims are subject to an arbitration agreement. Therefore, the parties respectfully request that the Court enter an order staying all proceedings in this case pending arbitration pursuant to that arbitration agreement.

Dated: September 29, 2022                                  Respectfully submitted,

**JOSE GARCIA**                                            **TURNER ACCEPTANCE, CORP.**

By:   */s/ Alexander J. Taylor*                   By:   */s/ Buffey E. Klein*
      Alexander J. Taylor, Esq.                              Buffey E. Klein
      Florida Bar No. 1013947                                 Florida Bar No. 0034639
      SULAIMAN LAW GROUP, LTD.                        HUSCH BLACKWELL LLP
      2500 South Highland Avenue                             1900 N. Pearl Street, Suite 1800
      Suite 200                                                              Dallas, Texas  75201
      Lombard, Illinois 60148                                     Telephone: (214) 999-6100
      (630) 575-8180                                                   Facsimile:  (214) 999-6170
      ataylor@sulaimanlaw.com                              buffey.klein@huschblackwell.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 29th day of September, 2022, a copy of the foregoing document was filed using the CM/ECF system, which sent notifications of such filing to all counsel of record.

/s/ *Buffey E. Klein*